# THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **NATURAL GOLF CORPORATION, et al.,**[1] | ) Case No. 05-18603 |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Bruce W. Black |

## CERTIFICATE OF SERVICE

I, Matthew A. Olins, an attorney, on oath state that, on this day, I caused copies of the **Interim Order (1) Authorizing Incurrence of Indebtedness with Administrative Super-Priority and Secured by Senior Liens on and Security Interests in Substantially all Assets of the Debtors Pursuant to Sections 364(c)(1), (2) and (3) of the Bankruptcy Code and (2) Scheduling and Approving the Form and Method of Notice of the Hearing on the Debtors' Motion to Incur such Financing on a Permanent Basis** and **Motion for Interim and Final Orders: (I) Approving Post-Petition Financing Pursuant to 11 U.S.C. §364; and (II) Scheduling a Final Hearing** and to be served upon the parties listed on the attached Service List via first class mail.

Dated: May 11, 2005

/s/ Matthew A. Olins
John Robert Weiss (Ill. #6190335)
Justin M. Hines (Ill # 6269939)
Matthew A. Olins (Ill. #6275636)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: matthew.olins@kattenlaw.com

---

[1] The other debtors and debtors-in-possession include the following: Natural Golf Products Corporation, Natural Golf Field Sales Corporation, and Natural Golf Schools Corporation.

## SERVICE LIST

| | | |
|---|---|---|
| Natural Golf Corporation<br>Attn: Richard Magid<br>431 Lakeview Court, Suite B<br>Mount Prospect, Illinois 60056 | Katten Muchin Rosenman LLP<br>Attn: Matthew Olins, Esq.<br>525 W. Monroe Street<br>Chicago, IL 60661<br>Attorneys for Natural Golf Corporation | US Trustee<br>Attn: Richard C. Friedman<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606 |
| Vencore Solutions, LLC<br>P.O. Box 49295<br>San Jose, CA 95161-9295 | Brian L. Shaw<br>Shaw Gussis Fishman Glantz Wolfson &<br>Towbin LLC<br>321 North Clark Street, Suite 800<br>Chicago, Illinois 60610 | US Bancorp<br>1450 Channel Parkway<br>Marshall, MN 56258 |
| Dell Financial Services, L.P.<br>14050 Summit Drive<br>Building A, Suite 101<br>Austin, TX 78728 | Securities & Exchange Commission<br>Attn: Angela Dodd<br>175 W. Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604 | D. Patrick Mullarkey<br>Tax Division (DOJ)<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044 |
| United States Attorney<br>219 South Dearborn Street<br>Chicago, IL 60604 | Canada Post Corporation<br>2701 Riverside Drive<br>Suite N 1133<br>Ottawa, ON K1A 0B1<br>CANADA | Guiseppe DiPrizio<br>9920 Sterling Lane<br>Schiller Park, IL 60176 |
| Bella Furman<br>134 S Emerald Ave.<br>Mundelein, IL 60060 | Andrew Grzynkowicz<br>4 N 275 Wiant<br>West Chicago, IL 60185 | KCSA Worldwide<br>Attn: Sandra Droste<br>800 Second Avenue<br>New York, NY 10017 |
| KEATING INVESTMENTS LLC<br>Attn: Timothy Keating<br>5251 DTC Parkway, Suite 1090<br>Greenwood Village, CO 80111 | LAMKIN CORPORATION<br>6530 Gateway Park Dr.<br>San Diego, CA 92154 | Marketing Champions<br>Attn: Todd Davis<br>881 N. Granada Drive<br>Chandler, AZ 85226 |
| MOE NORMAN ENTERPRISES<br>c/o GUS MAU SPORTS<br>247 King St. West<br>Waterloo, ON N2J 2Y8<br>CANADA | Partner Advisors, LLC<br>136 Main Street<br>Suite 201<br>Westport, CT 06883 | Pitney Bowes Credit Corporation<br>2225 American Drive<br>Neenah, WI 54956-1005 |
| RFL DESIGN INC.<br>Attn: Bob Lukasiewicz<br>11701 Orchard Rd<br>Willowsprings, IL 60480 | Todd Ricard<br>310 W. Miner, Unit 1A<br>Arlington Heights, IL 60005 | The ACIST Group, Inc.<br>Attn: Shane Ellison<br>1260 Iroquois Drive, Suite 104<br>Naperville, IL 60563 |

| | | |
|---|---|---|
| UNICARE<br>PO Box 5017<br>Bolingbrook, IL 60440-5017 | UNITED PARCEL SERVICE<br>PO Box 505820<br>The Lakes, NV 88905 | Jerry VanderMolen<br>579 Fairview Avenue<br>Elmhurst, IL 60126 |
| Windsor at Kensington LLC<br>c/o Windsor Property Mgmt<br>Lockbox<br>P.O. Box 403216<br>College Park, GA 30384-3216 | CALLAWAY GOLF<br>Attn:  Credit Department<br>2180 Rutherford Road<br>Carlsbad, CA 92008-7328 | Flair Communications Agency Inc.<br>214 W. Erie Street<br>Chicago, IL 60610 |
| Mike Ditka<br>11 Warrington Drive<br>Lake Bluff, IL 60044 | Pat Summerall<br>710 S White Chapel<br>Southlake, TX 76092 | Errick (Ricky) Williams<br>c/o Steve Mandell<br>5 Revere Drive, Suite 103<br>Northbrook, IL 60062 |
| Ron Jaworsk<br>c/o Steve Mandell<br>5 Revere Drive, Suite 200<br>Northbrook, IL 60062 | Vincent Shannon<br>826 N Lombard Ave.<br>Oak Park, IL 60302 | The Golf Channel<br>Attn:  David Desmond<br>7580 Commerce Center Dr.<br>Orlando, FL 32819 |
| Robert Torene<br>1490 Jordan Avenue<br>Crofton, MD 21114 | Steven Anti<br>5717 N. Northcott Avenue<br>Chicago, IL 60631 | DCMMM<br>3420 N. Greenview<br>Chicago, IL 60657 |
| United Sports Technologies<br>14950 FAA Blvd., Suite 200<br>Fort Worth, TX 76155 | | |