IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MULLAGAIN, INC. (f/k/a Natural Golf Corporation), et al.,**[1] | ) ) | Case No. 05-18603 (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING FINAL APPLICATION OF KATTEN MUCHIN ROSENMAN LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter coming to be heard upon the Final Application of Katten Muchin Rosenman LLP for Allowance of Compensation and Reimbursement of Expenses (the "*Application*");[2] it appearing to the Court that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; the Court finding that proper and adequate notice of the Application has been given and that no other or further notice is necessary; it appearing that there are no objections to the Application; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. The Application is approved and granted in its entirety.

2. Katten is granted final allowance of compensation for legal services rendered during the Application Period in the amount of $162,674.50.

---

[1] The other debtors and debtors-in-possession include the following: Natural Golf Products Corporation, Natural Golf Field Sales Corporation, and Natural Golf Schools Corporation.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

2

      3.      Katten is granted final allowance of reimbursement for actual, reasonable, and necessary out-of-pocket costs and expenses incurred during the Application Period in the amount of $16,307.09.

      4.      The Debtors are hereby authorized and directed to pay Katten $178,981.59 for the above amounts.

Dated: _____, 2006

                                                       _____
                                                        UNITED STATES BANKRUPTCY JUDGE