THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MULLAGAIN, INC. (f/k/a Natural Golf Corporation), et al.,**[1] | ) | Case No. 05-18603 (Jointly Administered) |
| | ) | Honorable Bruce W. Black |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FILING FINAL REPORT AND ACCOUNT

Pursuant to Rule 1019(5) of the Federal Rules of Bankruptcy Procedure, attached hereto is the Final Report and Account of Mullagain, Inc. (f/k/a Natural Golf Corporation), *et. al.*

Dated: March 10, 2006

Respectfully Submitted,
**MULLAGAIN, INC. (f/k/a Natural Golf Corporation)**

By: /s/ Matthew A. Olins
   One if their Attorneys

John Robert Weiss (Ill. #6190335)
Matthew A. Olins (Ill. #6275636)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: matthew.olins@kattenlaw.com
Former attorneys for the Debtors

---

[1]   The other include the following: Natural Golf Products Corporation, Natural Golf Field Sales Corporation, and Natural Golf Schools Corporation.

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **MULLAGAIN, INC. (f/k/a Natural Golf Corporation), et al.,**[1] | ) ) | Case No. 05-18603 (Jointly Administered) Honorable Bruce W. Black |
| | ) | |
| Debtors. | ) | |

## FINAL REPORT AND ACCOUNT

1. On May 10, 2005, the above captioned debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On February 8, 2006, this Court entered its Order Converting Cases under Chapter 11 to Cases under Chapter 7 (the "Conversion Order").

3. Attached hereto as Schedule A is a list of all receipts and disbursements made by the Debtors that were not included in the monthly operating reports filed during the pendency of the Debtors' chapter 11 cases.

4. Attached hereto as Schedule B is a list of unpaid debts incurred by the Debtors after the filing of their bankruptcy cases.

5. Attached hereto as Schedule C is a schedule of property listed in the original schedules of assets filed in the Debtors' bankruptcy cases that was disposed of during the Debtors' chapter 11 cases, either in the regular course of business or pursuant to an order of the Court.

---

[1] The other debtors include the following: Natural Golf Products Corporation, Natural Golf Field Sales Corporation, and Natural Golf Schools Corporation.

6. Attached hereto as <u>Schedule D</u> is a list of all property acquired by the Debtors after the filing of their chapter 11 cases but before entry of the Conversion Order.

7. Attached hereto as <u>Schedule E</u> is a list of all executory contracts entered into or assumed by the Debtors after the filing of their chapter 11 cases but before entry of the Conversion Order.

8. I, Jerry VanderMolen, former controller of the Debtors, declare under penalty of perjury that the foregoing is true and correct as of the date hereof to the best of my knowledge, information, and belief.

Dated: March 10, 2006

/s/ Jerry VanderMolen
Jerry VanderMolen
Former Controller of the Debtors

2

<u>Schedule A</u>

None.

## Schedule B

Debt owed to:

Jerry VanderMolen
579 Fairview Ave
Elmhurst, IL 60126

For Work Performed February 4-28, 2006
For Natural Golf Corporation & Subsidiaries

| Date | Hours Worked | Rate per Hour | Amount Due | Description of Work |
|---|---|---|---|---|
| 2/4/2006 | 1.25 | $ 75.00 | $ 93.75 | started work (at home) on January Operating Reports for the 4 entities in bankruptcy |
| 2/11/2006 | 3.25 | $ 75.00 | $ 243.75 | remaining work (in NG office) to complete the January Operating reports for the 4 entities (due to the US Trustee on 2/15/06) |
| 2/17/2006 | 1.00 | $ 75.00 | $ 75.00 | started work (at home) on February Operating Reports for the 4 entities in bankruptcy |
| 2/18/2006 | 1.75 | $ 75.00 | $ 131.25 | remaining work (in NG office) to complete the February Operating reports for the 4 entities (due to the US Trustee) |
| 2/18/2006 | 3.25 | $ 75.00 | $ 243.75 | work for Chapter 7 Trustee to provide all cash disbursements for one year prior to the Chapter 11 petition filing date for each of the 4 entities |
| 2/28/2006 | 0.75 | $ 75.00 | $ 56.25 | attendance at Meeting of Creditors |
| | 11.25 | | $ 843.75 | total invoice amount |

I, Jerry Vandermolen, former controller of the Debtors, declare under penalty of perjury that the foregoing schedule of all unpaid postpetition debts is true and correct as of this date to the best of my knowledge, information, and belief.

Dated: March 10, 2006

Jerry VanderMolen
Former Controller of the Debtors

Schedule C

*See* Order Authorizing and Approving (I) the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Dated July 7, 2005 [Docket No. 68].

Schedule D

None.

Schedule E

Restructuring Service Agreement, dated April 29, 2005 with Daniel M. Pelliccioni

and

*See* Order Authorizing and Approving (I) the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Dated July 7, 2005 [Docket No. 68].