IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| --- | --- | --- |
| | ) | |
| OPAL, ANTHONY P. | ) | CASE NO. 02-25103-BWB |
| | ) | |
| Debtor(s) | ) | Hon. BRUCE W. BLACK |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court
    219 South Dearborn Street, Courtroom 615
    Chicago, IL 60604

    On: **April 23, 2008**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                    $140,262.59
    Disbursements                                    $63.65
    Net Cash Available for Distribution         $140,198.94

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
| --- | --- | --- | --- |
| Andrew J. Maxwell, Trustee | $0.00 | $10,263.13 | $0.00 |
| MAXWELL & POTTS, LLC, Attorney for Trustee | $0.00 | $27,403.50 | $364.47 |
| IRWIN LERMAN, Accountant for Trustee | $0.00 | $7,050.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $30,420.46 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100% . Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 000002 | OPAL, LISA L | $30,420.46 | $30,420.46 |

7. Claims of general unsecured creditors totaling $2,797,263.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.31%. ** There will be no distribution to tardily filed claimants. Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 000001 | ROBBINS SALOMON & PATT LTD | $7,096.18 | $165.45 |
| 000003 | OPAL, LISA L | $165,432.26 | $3,857.13 |
| 000004 | BUILDING INDUSTRY | $32,664.15 | $761.58 |
| 000005A | SZILAGYI, GREGG E | $2,343,763.80 | $54,645.89 |
| 000006 | CITIBANK [SOUTH DAKOTA] N A | $5,960.70 | $138.98 |
| 000007 | CITIBANK [SOUTH DAKOTA] N A | $18,258.94 | $425.72 |
| 000008 | STEINER ELECTRIC CO | $201,696.22 | $4,702.63 |
| 000009** | CITIBANK [SOUTH DAKOTA] N A | $4,667.16 | $0.00 |
| 000010** | B-FIRST LLC/COLLECT AMERICA/MARYLAN | $17,723.97 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor,

Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.
12. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report (Trustee believes most of the property on Form I was disposed of prior to the commencement of the Chapter 7 case), including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| RESIDENCE | $575,000.00 |
| HOUSEHOLD GOODS | $7,000.00 |
| MISC COLLECTABLES | $500.00 |
| JEWELRY | $1,000.00 |
| STOCK | $2,000,000.00 |
| A/R | $848,785.17 |
| CAUSE OF ACTION AGAINST DEBTOR | $239,883.00 |
| LAWSUIT | $0.00 |

Dated: **March 12, 2008**                                    For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Andrew J. Maxwell |
| Address: | 105 W. Adams |
| | Suite 3200 |
| | Chicago, IL  60603 |
| Phone No.: | (312) 368-1138 |

## SERVICE LIST

**ANTHONY P. OPAL**
**02 B 25103**

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL  60603

Irwin Lerman
Lerman, Boudart & Associates
118 South Clinton, Suite 550
Chicago, IL  60661