**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| Mullagain, Inc, | CASE NO. 05-18603 BWB |
| Debtor. | JUDGE Bruce W. Black |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO  the Debtor, Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

        At:     U.S. BANKRUPTCY COURT
                219 South Dearborn, Courtroom 615
                Chicago, Illinois 60604

        on:     **April 23, 2008**

        at:     **9:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                              $_____155,536.99

        b. Disbursements                         $_____129.99

        c. Net Cash Available for Distribution   $_____155,407.00

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| EUGENE CRANE (Trustee Fees) | 0.00 | $11,026.85 | |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $13,245.00 | |
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $8,959.00 | |
| Popowcer Katten, Ltd. (Trustee's Accountant Expenses) | 0.00 | | $26.91 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | | $283.12 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Jerry VanderMolen (Trustee's Accountant Fees) | 0.00 | $843.75 | |
| Tennessee Department of Revenue (Other Taxes ) | 0.00 | | $745.42 |
| Illinois Department of Revenue (Other Taxes ) | 0.00 | | $2,609.00 |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,934.18 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment | |
|---|---|---|---|---|---|
| 19 | Department of the Treasury | $ | 5,000.00 | $ | 5,000.00 |
| 29 | Illinois Department of Revenue | $ | 3,277.30 | $ | 3,277.30 |
| 30 | State of Maine Bureau of Revenue Services | $ | 510.14 | $ | 510.14 |
| 46 | Georgia Department of Revenue | $ | 25.66 | $ | 25.66 |
| 50 | Tennessee Department of Revenue | $ | 1,121.08 | $ | 1,121.08 |

7.      Claims of general unsecured creditors totaling $907,493.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 11.87%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SHORR PACKAGING CORP | $ 603.46 | $ 71.64 |
| 6 | RMG DIRECT | $ 1,027.00 | $ 121.92 |
| 7 | KEATING INVESTMENTS LLC | $ 106,000.00 | $ 12,583.87 |
| 11 | MARKETING CHAMPIONS | $ 56,335.00 | $ 6,687.85 |
| 12 | Smurfit-Stone Container Corporation | $ 888.10 | $ 105.43 |
| 14 | G.C. CUSTOMS SERVICES INC. | $ 6,605.76 | $ 784.21 |
| 15 | United Parcel Service Nick Tramontano | $ 11,634.45 | $ 1,381.19 |
| 18 | First Industrial LP Timothy M McLean | $ 14,063.59 | $ 1,669.57 |
| 22 | Robert Lukasiewicz | $ 3,000.00 | $ 356.15 |
| 23 | TRUST AIR CARGO (USA) CO. | $ 1,618.01 | $ 192.08 |
| 24 | REGISTRAR AND TRANSFER COMPANY | $ 773.26 | $ 91.80 |
| 27 | Bay Tact Corporation | $ 470.00 | $ 55.80 |
| 28 | Stargate Holdings Corp | $ 1,200.00 | $ 142.46 |
| 29 | Illinois Department of Revenue | $ 710.00 | $ 84.29 |
| 30 | State of Maine Bureau of Revenue Services | $ 65.00 | $ 7.72 |
| 32 | Timothy M Whalley | $ 550.00 | $ 65.29 |
| 33 | Liquidity Management, LLC c/o Jacob A. Brown, Esq. | $ 501,767.97 | $ 59,567.78 |
| 34 | DITKA, MIKE | $ 4,641.00 | $ 550.96 |
| 35 | Steve Mandell | $ 25,000.00 | $ 2,967.89 |
| 36 | JAWORSKI, RON | $ 57,658.00 | $ 6,844.91 |
| 37 | SUMMERALL, PAT | $ 15,341.00 | $ 1,821.22 |
| 38 | WILLIAMS, RICKY | $ 70,395.00 | $ 8,357.00 |
| 44 | Prime Office Products | $ 152.88 | $ 18.15 |
| 45 | LAMKIN CORPORATION | $ 4,843.98 | $ 575.06 |
| 46 | Georgia Department of Revenue | $ 40.00 | $ 4.75* |
| 48 | CT Corporation System | $ 290.00 | $ 34.43 |
| 50 | Tennessee Department of Revenue | $ 47.37 | $ 5.62 |
| 51 | SANDERS, BRUCE | $ 10,000.00 | $ 1,187.16 |

| 53 | WASTE MANAGEMENT - RMC | $ | 149.90 | $ | 17.80 |
| 56 | Idlewild Capital Management LLC | $ | 11,622.50 | $ | 1,379.77 |

*Dividends under $5.00 will be deposited with the Court.

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has not been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: accounts receivable and refund from vendor.


Dated: **March 12, 2008**                    For the Court,


                                             By **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604

Trustee:     EUGENE CRANE
Address:     135 S. La Salle Street, #3705
             Chicago, IL  60603

Phone No.:  (312) 641-6777